UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH W. MILOJEVICH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

Case No. C06-1619-RSL

ORDER OF REMAND

The Court, having reviewed plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Commissioner's decision is reversed and this action is remanded to the Social Security Administration for further proceedings not inconsistent with this opinion; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER OF REMAND
PAGE -1

01  DATED this 24th day of September, 2007.

04  /s/ Robert S. Lasnik
    Robert S. Lasnik
05  United States District Judge

ORDER OF REMAND
PAGE -2